UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:11mj8 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM WESLEY HARGETT, et al. | ) | |

FILED
ASHEVILLE, N.C.
AUG -5 2011
U.S. DISTRICT COURT
W. DIST. OF N.C.

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the criminal complaint, Attachment A and arrest warrants in the above-captioned case as well as the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the criminal complaint, Attachment A and arrest warrants in the above-captioned case and the Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 5th day of August, 2011.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE