UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

AUG 10 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:11mj8 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM WESLEY HARGETT, et al. | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Attachment A and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Complaint, Attachment A and Arrest Warrants in the above-captioned case be unsealed.

Respectfully submitted, on this 10 day of August, 2011.

THE HONORABLE MARTIN REIDINGER
U.S. DISTRICT COURT JUDGE