UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11CR22

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| V. | ) | **ORDER** |
|  | ) |  |
| MICHAEL JAMES TAYLOR | ) |  |
|  | ) |  |

Pending before the Court is Defendant's Sealed Motion [# 180]. Upon a review of the motion, the Court **DIRECTS** the parties to appear for an evidentiary hearing at 9:30 a.m. on February 6, 2012, at the United States District Court for the Western District of North Carolina, Bryson City Division, 50 Main St., Bryson City, North Carolina. The Court will hold an evidentiary hearing as to the issues raised in the Defendant's Sealed Motion. Both sides should come prepared to offer evidence. The government should file its written response to the Motion on or before January 27, 2012. Finally, the Court notes that it might be necessary for the Court or the opposing side to call one or more of the attorneys of record in this case as a witness. Accordingly, counsel for the Government and Defendant should prepare for the hearing as if each will be called as a witness.

Signed: January 13, 2012

Dennis L. Howell
United States Magistrate Judge