# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# DOCKET NO.: 2:11CR22-10

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **NOTICE OF APPEAL** |
| **MICHAEL JAMES TAYLOR** | |

Michael James Taylor, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure that he is appealing the sentence given by the Honorable Martin Reidinger on December 13, 2013, with the judgment thereof being subsequently entered on December 23, 2013 [Doc. 411], to the United States Court of Appeals for the Fourth Circuit.

Date: January 2, 2014

/s/ Jacob H. Sussman
Jacob H. Sussman
N.C. Bar No. 31821

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: 704-338-1220
F: 704-338-1312
E: jsussman@tinfulton.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
DOCKET NO.: 2:11CR22-10

UNITED STATES OF AMERICA

vs.

MICHAEL JAMES TAYLOR

The undersigned hereby certifies that he has served the foregoing notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Thomas Michael Kent
thomas.kent@usdoj.gov

Dated: January 2, 2014

/s/ Jacob H. Sussman