# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 0419 2:11CR00022 |
| Michael James Taylor | ) USM No: 26580-058 |
| Date of Original Judgment: December 23, 2013 | ) |
| Date of Last Amended Judgment: | ) Jacob Sussman |
| | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

AND NOW, this 18th day of January, 2016,
  Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction of sentence pursuant to Amendment 782 to the Sentencing Guidelines, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **is reduced to**.

**I.  COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Original Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Original Guideline Range: | 360 months to life | Amended Guideline Range: | 360 months to life |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.
☐ Amendment 782 is subject to a Special Instruction at USSG §1B1.10(e)(1) that reduced sentences shall not take effect until November 1, 2015, or later. Since this defendant's projected GCT release date is, Amendment 782 is not applicable in this case.
☒ The Reduced sentence is based upon Amendment  ☐ 750  ☒ 782
☒ Other (explain):  The application of Amendment 782 provides no change in the guideline range in this case. Additionally, pursuant to USSG §1B1.10(b)(2)(A), if the previous sentence was a variance from the previous guideline range, the term of imprisonment cannot be reduced to less than the minimum of the amended guideline range.  Am 782 reduced TOL from 39 to 37, but the GLR remains [360-Life]. Therefore ineligible.

**III.  ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Office prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Resident Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Office.

Except as provided above, all provisions of the judgment dated December 23, 2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   January 18, 2016             Signed: January 18, 2016

Effective Date:
      (if different from order date)

Martin Reidinger
United States District Judge