RECEIVED
ASHEVILLE, NC
AUG 31 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Dear Honorable Judge Reidinger,

I'm writting this letter in Addendum to my previous letter Asking for counsel to be appointed.
- In my initial filing I asked for my motion to be sealed.

I hope that covers the following letters + motions?

Or Am I required to put in every correspondence "To be filed under seal"?

I obviously don't want that to be public, As I have suffered physical harm multiple times over the past decade.

The seconde reason I am writting before you ruled is:

Thier was Another death here at F.C.I. Williamsburg (Third in 2-weeks) # And the region locked this facility down completly. Where I was A emergency worker with some Access, but impossible to mount A Adequate defense in response to the goverments response.

I am now locked down 24/7, for the forseeable future.

I wont repeat the contents of my previous letter, because no-one trusts even the guards here. They are bringing in the F.B.I., and Region to investigate. Then shake down the facility.

While this would be grounds to continue on my part, I would still face the challenges of attempting to research and file a adequate motion, while hiding from the inmate population.

Not to mention that I feel completly inadequate to file this myself. And while it may seam melodramatic to say the odd's are life and death, they very well could be.

Because if my situation is labeled extraordinary + compelling - I would be at-or near immediate release - compared to twelve more years of "hiding for my life" - because I dont fight! As well as the dangers of covid 19 - monkey pox, and every other disease that is impossible to combat in a prison setting.

pg 3.

So in the case of Justice, As well As Fairness. Please Appoint me counsel?

Because my situation, As well As me individually - Are beyond what I know How to Articulate To the court. - Even my Thought process is completly Different, I Had exhausted every Appeal of A 324 month sentence. And learned The Hard lessons + Truths of That, And Found god - As well As purpose - After that.

I will Be A Benefit To Society, never use drugs, never commit A crime, And Am willing To Add community service "keeping youth off drugs" Threw Sports + Testimony For The next 10 years of probation - That I Have After my Sentence! However That could be Phrased? I Agree to it, Because I want That, And no parts of A criminal life. I pray you will Appoint me counsel.  I AM

Sincerly: *Michael James Taylor*
Michael James Taylor
#26580-058