# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# DOCKET NO.: 2:11CR22-10

| |
|---|
| **UNITED STATES OF AMERICA** <br><br> vs. <br><br> **MICHAEL JAMES TAYLOR** |

## MOTION TO SEAL

Michael James Taylor, through undersigned counsel, moves pursuant to Local Criminal Rule 49.1.1 that his Supplemental Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) and its accompanying exhibits, Doc. 486, be permitted to remain under seal. In support of this motion, the defense shows the Court:

Mr. Taylor's motion and its exhibits contains references to other documents and case related information that are presently under seal. Moreover, Exhibit 2 consists of medical information, which is presumptively treated as confidential.

Accordingly, undersigned requests that the above-referenced motion and its exhibits, which have been filed under seal (Doc. 486) pending the Court's review of this motion, be permitted to remain sealed until further order of this Court.

Respectfully submitted this the 24th day of October, 2022.

/s/ Jacob H. Sussman
N.C. Bar No. 31821
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: 704-277-3962
F: 704-338-1321
E: jsussman@tinfulton.com