# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:11-cr-000022-MR-WCM-10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| MICHAEL JAMES TAYLOR, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for an Extension of Time to File a Notice of Appeal [Doc. 495].

The Court denied the Defendant's Motion for Sentence Reduction, as supplemented [Docs. 476, 486], on March 28, 2023. Due to a series of unforeseen circumstances, counsel was not able to communicate with the Defendant regarding the Order until April 12, 2023. Counsel now moves for additional time in which to file a Notice of Appeal on behalf of the Defendant. Counsel for the Government does not oppose the Defendant's request. [Doc. 495].

Upon a showing of excusable neglect or good cause, the Federal Rules of Appellate Procedure allow the district court to extend the time to file

notice of appeal for not more than 30 days from the expiration of the original deadline. Fed. R. App. P. 4(b)(4). For the reasons stated in the Defendant's motion, the Court finds and concludes that good cause exists to extend the time for filing a notice of appeal.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion for an Extension of Time to File a Notice of Appeal [Doc. 495] is **GRANTED**, and the Defendant shall have thirty (30) additional days, through and including April 27, 2023, within which to file a Notice of Appeal.

**IT IS SO ORDERED.**

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge